### 15960. BUGG, receiver, *v.* OVERSTREET.

LUKE, J. The ground based upon alleged newly discovered evidence, not being referred to in the brief of counsel for plaintiff in error, must be treated as abandoned.

The evidence authorized the verdict, and none of the special grounds of the motion for a new trial requires another hearing of the case.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 9, 1924.

Damages; from city court of Tifton—Judge J. H. Price. September 19, 1924.

*W. B. Bennel, Erle B. Askew,* for plaintiff in error.

*J. S. Ridgdill, R. D. Smith,* contra.